REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAYRELI MARTINEZ, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>    Plaintiff,<br><br>    v.<br><br>VISION PRECISION HOLDINGS, LLC and DOES 1-100,<br><br>    Defendants, | Case No. 1:19-CV-01002-DAD-JLT<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>(Doc. 12) |

Based upon the stipulation of the parties, the Court **ORDERS**:

1.    The scheduling conference is **CONTINUED** to **March 30, 2020** at 9:00 a.m. The parties **SHALL** file their joint scheduling conference statement at least seven days before the hearing.

IT IS SO ORDERED.

    Dated:   **November 13, 2019**          **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE